# UNITED STATES COURT OF INTERNATIONAL TRADE

| 99-09-00558 | 310<br>28 USC 1581(C) | ASSIGNED TO JUDGE AQUILINO |
|---|---|---|
| Docket Number | Jurisdiction | Judge |

## Short Title

SAVE DOMESTIC OIL, INC.                    V.          UNITED STATES

## Administrative Investigation Information

certain crude petroleum oil

Government Agency:  Treasury ( )    I.T.C. ( )    D.O.C. (xx)    D.O.L. ( )    Other ( )

Fee Paid 150.00  Receipt No.                    Date    9/7/99          Jury Demand ( )

Title

SAVE DOMESTIC OIL, INC.

PLAINTIFF(S)
**V.**

UNITED STATES
DEFT-INTVR: API Ad Hoc Free Trade Committee
DEFT-INTVR: Saudi Arabian Oil Company
DEFT-INTVR: Petroleos de Venezuela, S.A. and Citgo Petroleum Corporation
DEFT-INTVR: Petroleos Mexicanos, PMI Comercio International S.A. de C.V.
           and PEMEX Exploracion y Produccion
DEFT-INTVR: Texaco Inc.
DeFT-INTVR: Shell Oil Company
DEFT-INTVR: Exxon Corporation
DEFT-INTVR: Mobil Corporation
DEFT-INTVR: Chevron Corporation
DEFT-INTVR: BP Amoco

DEFENDANT(S)

DS-1A (4 1 2M)

## Attorneys

| Plaintiff(s) | Defendant(s) |
|---|---|

### Plaintiff(s)

Charles Owen Verril, Jr.
WILEY,REIN & FIELDING
1776 K Street, N.W.
Washington, D.C. 20006
202-719-7000

DEFT-INTVR:BP AMOCO
Robert E, Burke
Barnes, Richardson & Colburn
303 E. Wacker Drive ,Suite 1100
Chicago, Illinois 60601
(312) 565-2000

Deft-Intervenor:Chevron Corp.
J. Kevin Horgan
Peter L. Sultan
DeKieffer & Horgan
729 Fifteenth Street, N.W.
Suite 800
Washington, D.C.   20005
(202)783-6900

DEFT-INTVR: SHELL OIL COMPANY
Theodore W. Kassinger
Alden L. Atkins
Greta L.H. Lichtenbaum
Vinson & Elkins
The Willard Office Building
1455 Pennsylvania Ave., NW
Washington, DC 20004
(202) 639-6500

DEFT-INTVR:TEXACO INC.
Joseph W. Dorn
Duane W. Layton
King & Spalding
1730 Pennsylvania Avenue, NW
Washington, DC 20006-4706
(202) 737-0500

### Defendant(s)

Lucius B. Lau
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W.
Washington, D.C. 20530
  (202) 616-8253

DEFT-INTVR:API Ad Hoc Free Trade Committee
Harry L. Clark
Bradford L. Ward
Dewey Ballantine
1775 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 862-1000

DEFT-INTVR:SAUDI ARABIAN OIL COMPANY
Carolyn B. Lamm
White & Case
601 Thirteenth Street, NW
Suite 600 South
Washington, DC 20005
(202) 626-3600

DEFT-INTVR: PETROLEOS DE VENEZUELA,S.A &CITGO Petroleum Cor
Thomas B. Wilner    Perry S. Bechky
Jeffrey M. Winton    Michael J. Chapman

Shearman & Sterling
801 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 508- 8000

DEFT-INTVR:PETROLEOS MEXICANOS.PMI COMERCIO
INTERNATIONAL S.A. &PEMEX

Michael A. Meyer
O'Melveny & Myers
555 13th Street,NW
Washington, DC 20004
(202) 383-5300

DEft-Intvr: MOBIL CORPORATION
Harvey M. Applebaum
Covington & Burling
1201 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 662-5626

DEFT-INTVR: EXXON CORPORATION
Harvey M. Applebaum
David R. Grace
Covington & Burling
1201 Pennsylvania Avenue, NW
P.O. Box 7566
Washington, DC 20044
(202) 662-6000

| 99-09-00558<br><br>Docket Number | SAVE DOMESTIC OIL, INC.<br><br>Plaintiff |
|---|---|

| Date<br>(Filing/Entry) | Proceedings | Int. |
|---|---|---|
| (1)<br>Sept 7/99 | Summons filed. | ss |
| (2)<br>Sept 7/99 | Complaint filed. | ss |
| (3)<br>Sep 8/99 | ASSIGNED TO JUDGE Aquilino | dk |
| (4)To Wit<br>Sep 17/99 | Notice Of Appearance Filed by Lucius B. Lau on Behalf of The United States, Defendant in this Action, | dk |
| (5)<br>Sep 23/99 | Consent Motion to Intervene as Deft_Intvr Filed by the API AD HOC FREE TRADE COMMITTEE | DK |
| (6)<br>Sep 23/99 | Consent Motion of MOBIL CORPORATION for Leave to Intervene as Deft-Intvr Filed. | dk |
| (7)To Wit<br>Sep 27/99 | Consent Motion  Filed by EXXON CORPORATION to Intervene as Deft-Intvr in this Action | dk |
| (8)To Wit<br>Sep 27/99 | Consent Motion Filed by SHELL OIL COMPANY to Intervene as Deft-Intvr in this Adction | dk |
| (9)To Wit<br>Sep 28/99 | Consent Motion Filed by TEXACO INC. to Intervene as Deft-Intvr in this Action. | dk |
| (10)To Wit<br>Sep 28/99 | Consent Motion Filed by CHEVRON CORPORATION to Intervene as Deft_Intvr in this Action. | dk |
| (11)To Wit<br>Sep 30/99 | Pltf Filed First Amended Complaint | dk |
| (12)<br>Oct 5/99 | Motion for Leave to File an Amicus Curiae Brief Filed by TRIFINERY PETROLEUM SERVICES | dk |
| (13)To Wit<br>Oct 4/99 | Consent Motion Filed by BP AMOCO to Intervene as Deft-Intvr in This Action. | dk |
| (14)To Wit<br>Oct 5/99 | Consent Motion Filed by SAUDI ARABIAN OIL COMPANY to Intervene as a Deft-Intvr in This Action. | dk |
| (15)To Wit<br>Oct 5/99 | Consent Motion Filed by PETROLEOS DE VENEZUELA, S.A. to Intervene as a Deft-Intvr in this Action. | dk |
| (16)To Wit<br>Oct 5/99 | Consent Motion Filed By PETROLEOS MEXICANOS, et al. to Intervene as deft-Intvr in This Action. | dk |
| (17)<br>Oct 12/99 | Slip Op. 99-108; Motions for API Ad Hoc Free Trade Committee; Saudi Arabian Oil Company; Petroleos de Venezuela, S.A. and Citgo Petroleum Corporation; and | |

TURN OVER

DS-2 (7/92 2M)

| 99-09-00558 Docket Number | Save Domestic Oil, Inc., Plaintiff | |
|---|---|---|

| Date (Filing/Entry) | Proceedings | Int. |
|---|---|---|
| | Petroleos Mexicanos, P.M.I. Comercio Internacional S.A. de C.V., and PEMEX Exploracion y Produccion for leave to intervene as parties defandant GRANTED.  Motions of Mobil Corporation, Exxon Corporation, Shell Oil Company, Texaco Inc., Chevron Corporation, and BP Amoco for leave to intervene as parties defandant DENIED.  Motions of Trifinery Petroleum Services for leave to file a brief amicus curiae DENIED.  The Clerk of the Court is hereby directed to return to counsel pltf's First Amended Complaint as not present in conformity with the Rules, and also to forward promptly copies of this court's decisions to all firms implicated by pltf's pleadings. | st |
| (18)To Wit Oct 18/99 | Deft Filed Consent Motion for EOT Until November 30, 1999 to File the Administrative Record | dk |
| (19) Oct 26/99 | Deft's Consent Motion to Extend Time Until November 30, 1999 to File Administrative Record GRANTED. | dk |
| (20)To Wit Oct 26/99 | TEXACO Inc. Filed Consent Motion to Intervene as Deft-Intvr in this Case. | dk |
| (21)To Wit Oct 26/99 | Notice Of Appearance Filed on Behalf of Proposed Deft_intvr TEXACO INC. | dk |
| (22)To Wit Oct 26/99 | Form 13 Filed on Behalf of Proposed Deft-Intvr TEXACO INC. | dk |
| (23) Oct 28/99 | MOBIL CORPORATION Filed Consent Motion to Intervene as Deft_Intvr in this Action. | dk |
| (24) Oct 28/99 | Notice of Appearance Filed on Behalf of Proposed Deft-Intvr MOBIL CORPORATION | dk |
| (25) Oct 28/99 | Form 13 Filed on Behalf of Proposed Deft-Intvr MOBIL CORPORATION | dk |
| (26) Oct 28/99 | SHELL OIL COMPANY Filed Consent Motion to Reconsider its Consent Motion to Intervene as Deft-Intvr in this action | dk |
| (27) Oct 29/99 | Notice of Appearance Filed on Behalf of SHELL OIL COMPANY Proposed Deft-Intvrs in this Action | dk |
| (28) Oct 29/99 | Form 13 Filed on Behalf of Proposed Deft-Intvr SHELL OIL COMPANY | dk |
| (29)To Wit Oct 29/99 | EXXON CORPORATION Filed Amended Consent Motion to Intervene as Deft-Intvr in this Action | dk |
| (30)To Wit Oct 29/99 | Notice of Appearance Filed on Behalf of EXXON CORPORATION by Harvey M. Applebaum of Covington & Burling | dk |
| (31)To Wit t 29/99 | Form 13 Filed on Behalf of EXXON CORPORATION | dk |

| 99-09-00558  Docket Number | SAVE DOMESTIC OIL, INC.  Plaintiff |
|---|---|

| Date (Filing/Entry) | Proceedings | Int. |
|---|---|---|
| (32) To Wit Oct 29/99 | CHEVRON CORPORATION Filed Consent Motion to Intervene as Deft-Intvr in This Action | dk |
| (33) To Wit Oct 29/99 | Notice of Appearance Filed on Behalf of Chevron Corporation by DeKieffer & Horgan. | dk |
| (34) To Wit Oct 29/99 | Form 13 Filed on Behalf of Chevron Corporation. | dk |
| (35) Nov 5/99 | BP AMOCO Filed Motion for Leave to File Out of Time its Consent Motion to Intervene AS Deft-Intvr in This Action | dk |
| (36) Nov 5/99 | Notice Of Appearance Filed on Behalf of BP AMOCO by Barnes, Richardson & Colburn | dk |
| (37) Nov 5/99 | Form 13 Filed on Behalf of BP AMOCO | dk |
| (38) Nov 8/99 | TEXACO INC.'s Consent Motion to Intervene as Deft-Intvr in This Action GRANTED. | dk |
| (39) Nov 8/99 | MOBIL CORPORATION'S Consent Motion to Intervene as Deft-Intvr in This Action GRANTED. | dk |
| (40) Nov 8/99 | SHELL OIL COMPANY'S Consent Motion to Intervene as Deft-Intvr in This Action GRANTED. | dk |
| (41) Nov 8/99 | EXXON CORPORATION'S Amended Consent Motion to Intervene as Deft-Intvr in This Action GRANTED. | dk |
| (42) Nov 15/99 | Chevron Corporation's consent motion to intervene as deft-intervenor (#32) GRANTED. | cw |
| (43) Nov 15/99 | Amoco's motion for leave to file motion to intervene as deft-intervenor (#35) GRANTED. | cw |
| (44) Nov 23/99 | BP AMOCO'S Consent motion to Intervene as deft-Intvr in This Action GRANTED. | dk |
| (45) Nov 30/99 | Deft Filed Second Consent Motion for EOT to File the Administrative Record Until December 3, 1999. | dk |
| (46) Dec 2/99 | Defts's second Consent Motion for EOT Until Dec 3/99 to File Administrative Record GRANTED. | dk |
| (47) to wit Dec 6/99 | DOC filed the administrative records.(public & confidential) | ss |
| (48) To Wit Dec 23/99 | Deft-Intvr SAUDI ARABIAN OIL CO. Filed Consent Motion for Approval Out of Time of Joint Stipulation and Protective Order. | dk |
| (49) Jan 6/00 | Deft-Intvr SAUDI ARABIAN OIL CO."S Consent Motion for Joint Stipulation and Protective Order GRANTED. | dk |

| Docket Number | Plaintiff |
|---|---|

| Date (Filing/Entry) | Proceedings | Int. |
|---|---|---|
| (50)To Wit Jan 7/00 | Joint Status Report Filed. | dk |
| (51) to wit Jan 19/00 | Deft-Intvr SAUDI ARABIAN OIL CO. filed motion to amend the JPO. | ss |
| (52) Feb 18/00 | Deft-Intvr SAUDI ARABIAN OIL CO.'s Motion to Amend the JPO by Adding the Name of Christopher F. Corr GRANTED. | dk2/18 |
| (53)To Wit Mar 5/00 | Pltf Filed Motion for judgment on the Agency Record,With Brief in Support. (Public) | dk 3/9 |
| )54)To Wit Mar 5/00 | Pltf Filed Motion for Judgment on the Agency Record, With Brief in Support. [Confidential] | dk 3/9 |
| (55)To Wit Mar 7/00 | Pltf Filed Revised Pages to Confidential Version of Their Brief in Support of Motion for Judgment on the Agency record | dk3/9 |
| (56)To Wit Mar 5/00 | Pltf Filed Motion for Supplemental briefing | dk 3/9 |
| (57) Mar 13/00 | Pltf Filed Copies of Page 38 to the March 6th Motion for Judgment on the Agency record , Confidential Version. | dk 3/13 |
| (58)To Wit Mar 24/00 | deft Filed Response in opposition to Pltf's Motion for Supplemental briefing | dk 3/29 |
| (59)To Wit Mar 27/00 | DEFT-INTVR SAUDI ARABIAN OIL CO. Filed its Opposition to Pltf's Motion for Supplemental briefing. | dk 3/29 |
| (60)To Wit Mar 27/00 | Notice of Change of address Filed by Barnes, richardson and Colburn on behalf of BP AMOCO. | dk 3/29 |
| (61)To Wit Mar 27/00 | PETROLEOS DE VENEZUELA, SA Filed Opposition to Pltf's Motion for Supplemental Briefing | dk 3/31 |
| (62)To Wit Mar 27/00 | BP AMOCO Filed response to Pltf's Motion for Supplemental Briefing. | dk 4/5 |
| (63)To Wit Apr 7/00 | Pltf Filed Reply to Opposition to Pltf's Motion for Supplemental Briefing. | dk 4/11 |
| (64)To Wit Apr 17/00 | BP AMOCO Filed Motion to Amend JPO | dk 4/20 |
| (65) Apr 26/00 | Slip Op. 00-46: ORDERED: Pltf's motion for supplemental briefing is (56)DENIED. | st 4/26 |
| (66) Apr 27/00 | Returned to pltf by direction of the Court.    4/27/00 | cw |
| (67) Apr 28/00 | Deft Filed Consent Motion for EOT Until May 19,2000 to Respond tp Pltf's Motion for Judgment Upon the Agency Record. | dk 4/28 |
| (68) May 3/00 | Deft's Consent Motion for EOT Until May 19, 2000 to Respond to Pltf's Motion for Judgment on the Agency Record GRANTED. | dk 5/3 |

| 99-09-00558 | SAVE DOMESTIC OIL,INC. |
|---|---|
| Docket Number | Plaintiff |

| Date (Filing/Entry) | Proceedings | Int. |
|---|---|---|
| (69)To Wit May 18/00 | BP AMOCO Filed Brief in Opposition to Pltf's 56.2 Motion | dk 5/22 |
| (70)To Wit May 19/00 | PEMEX Filed Brief in Response and Opposition to Pltf's Motion for judgment on the Agency Record | dk 5/25 |
| (71)To Wit May 19/00 | Deft Filed Consent Motion for EOT until May 23, 2000 to Respond to Pltf's Motion for Judgment on the Agency Record | dk 5/ |
| (72)To Wit May 22/00 | PEMEX Filed Appendix to Brief in oppostion to Pltf's Motion for Judgment on the Agency Record | 25 dk 5/25 |
| (73)To Wit May 19/00 | API AD HOC COMMITTEE Filed Opposition to Pltf's Motion for Judgment on the Agency Record [PUBLIC AND CONFID.] | dk 5/25 |
| (74)To Wit May 22/00 | TEXACO Filed Brief in opposition to Pltf's Motion for Judgment Upon the Agency record | dk 5/25 |
| (75)To Wit May 23/00 | PDVSA And CITGO Filed Filed Opposition to Pltf's Motion for Judgment on the Agency Record[PUBLIC AND CONFIDENTIAL] | dk 5/2 |
| (76)To Wit May 23/00 | Deft (US) Filed Response in Opposition to Pltf's Motion for Judgment on the Agency Record [Public[ and Appendix [PUBLIC AND CONFIDENTIAL] | dk 5/25 |
| (77)To Wit May 24/00 | PDVSA and CITGO Filed Public version of Opposition to Pltf's Motion for Judgment on the Agency Record | dk 5/26 |
| (78)To Wit May 26/00 | PDVSA And CITGO Filed Confidential Appendix to Their May 23rd Brief in Opposition to Pltf's Motion for Judgment on the Agency Record. | dk 5/30 |
| (79)To Wit May 23/00 | SAUDI ARABIAN OIL CO. Filed Response Brief in Opposition to Pltf's Motion for Judgment Upon the Agency Record | dk 5/31 |
| (80)To Wit May 24/00 | API AD HOC FREE TRADE COMMITTEE Filed Appendix to the May 19, 2000 Brief in Opposition to Pltf's Motion for Judgment Upon the Agency Record [Public abd Confidential] | dk 5/ |
| (81) May 26/00 To Wit: | Deft's Consent Motion for EOT Until May 23, 2000 to Respond to Pltf's Motion for Judgment Upon the Agency Record GRANTED. | dk 5/26 |
| (82) May 30/00 | pDVSA and CITGO Filed Public Version of the Appendix to the May 23, 2000 Brief in Opposition to Pltf's Motion for Judgment Upon the Agency Record. | dk 6/1 |
| (83)To Wit Jun 9/00 | Pltf Filed Consent Motion for EOT Until June 27, 2000 to File its reply Brief. | dk 6/13 |
| (84) Jun 16/00 | Pltf's Consent Motion for EOT Until June 27, 2000 to Submit its Reply Brief GRANTED. | dk 6/16 |
| (85)To Wit Jun 27/00 | Pltf Filed Confidential Version of Their Reply Brief in Support of Pltf's Motion foir Judgment On the Agency Record. | dk 6/30 |
| (86)To Wit Jun 28/00 | Pltf Filed Non-Confidential Version of Reply Brief in Support of Pltf's Motion for Judgment on the Agency record | dk 7/6 |
| (87)To Wit Jun 28/00 | Pltf Filed Motion for Oral Argument on the Rule 56.2 Motion for Judgment on the Agency record. | dk 7/6 |
| (88)To Wit Jun 28/00 | Pltf Filed Revised Pages to Reply Brief in Support of Pltf's Motion for Judgment on the Agency Record [Confidential] | dk 7/7 |
| (89)To Wit Jul 11/00 | Deft Filed Response in Opposition to Pltf's Motion for Oral Argument | dk 7/14 |

DS-2 (7/92 2M)

| | | |
|---|---|---|
| **Docket Number** | **Plaintiff** | |

| Date (Filing/Entry) | Proceedings | Int. |
|---|---|---|
| (90) jul 20/00 | Pltf's Motion for Oral Argument DENIED. | dk 7/20 |
| (91)To Wit Jul 17/00 | SAUDI ARAMCO Filed Response to Pltf's Motion for Oral Argument | dk 7/25 |
| (92) Jul 31/00 | ORDERED that the Deft Show Cause, if there be any, in Courtroom 3 at 11AM on Monday, August 14, 2000 at the US CIT, Why Pltf's Rule 56.2 Motion Should not be Granted and the ITA Directed Upon Remand to Commence Formal Investigationsof the Allegations Contained in the Petition for the Imposition of Antidumping and Countervailing Duties Presented to the Agency on Behalf of an Incorporated Consortium of Independent Domestic Crude Oil Producers. | dk 7/31 |
| (93) Aug 17/00 | Deft Filed Response to the Court's Inquiry Concerning Remand. | dk 8/17 |
| (94)To Wit Aug 17/00 | Pltf Filed Motion to Clarify testimony Presented at the August 14, 2000 hearing Regarding Lease Condensates. | dk 8/21 |
| (95) Aug 23/00 | DOC Filed Printed Portion of Adinistrative Record, as Requested by the Court. [Confidential] | dk 8/23 |
| (96) Aug 23/00 | Transcript  Filed of August 14, 2000 OSC hearing | dk 8/23 |
| (97)To Wit Aug 22/00 | DOC Filed Public Document 14 from Administrative Record | dk 8/24 |
| (98) Sept 19/00 | Slip Op. 00-120;  ORDERED:  Pltf's motion for judgment on the agency record is GRANTED.  ORDERED:  This action is remanded to the ITA.  ORDERED:  If the result of this remand is not initiation of preliminary investigations by the ITA (and the ITC), the written reasons therefore are to be filed with the court on or before the close of the aforesaid 60-day period, whereupon the parties hereto may have 30 days to serve and file comments thereon, with any replies thereto due with 15 days thereafter. | st 9/19 |
| (99)To Wit Sep 22/00 | Expert declaration Filed Pursuant to paragraph 7 of JPO | dk 9/25 |
| (100)To Wit Oct 2/00 | PDVSA and CITGO Filed Motion to Amend the JPO. | dk 10/6 |
| (101)To Wit Oct 3/00 | BP AMOCO Filed Motion to Amend the JPO | dk 10/6 |
| (102) Oct 13/00 | Amended transcript Filed for Oral Argument of August 14, 2000. | dk 10/13 |
| (103) Oct 26/00 | BP AMOCO'S Motion to Amend the JPO by Adding Stephen W. Brophy, Michael J. Chessler, Yvonne M. Hilst and William R. Rucker to Same GRANTED | dk 10/26 |
| (104) Oct 26/00 | PDVSA and CITGO's Motion to Amend the JPO by Adding Sam J Yoon  to Same GRANTED. | dk 10/26 |
| | | |

DS-2 (7/92 2M)

| 99-09-00558 | SAVE DOMESTIC OIL, INC. |
|---|---|
| Docket Number | Plaintiff |

| Date (Filing/Entry) | Proceedings | Int. |
|---|---|---|
| (105) Nov 17/00 | Deft Filed Notice of Appeal. | dk 11/17 |
| (106) Nov 17/00 | Deft Filed Motion to Stay the Court's order of September 19, 2000 Pending Appeal | dk 11/17 |
| (107) Nov 17/00 | Deft Filed Consent Motion for EOT in Which to File Remand Results, Pending Motion to Stay and Notice of Appeal. | dk 11/17 |
| (108) Nov 17/00 | PDVSA and CITGO Filed Notice of Appeal | dk 11/17 |
| (109) Nov 17/00 | PEMEX, et al. Filed Notice of Appeal | dk 11/17 |
| (110) Nov 17/00 | SAUDI ARABIAN OIL COMPANY Filed Notice of Appeal | dk 11/17 |
| (111) Nov 17/00 | Deft-Intvrs  PEMEX, PDVSA and CITGO and SAUDI ARABIAN OIL COMPANY Filed Joint Memprandum in Support of United States for Stay Pending Appeal | dk 11/17 |
| (112) To Wit Nov 16/00 | BP AMOCO Filed Form 17 Adding Amy H. Warlick to JPO. | dk 11/21 |
| (113) To Wit Nov 17/00 | Pltf Filed Response to Deft's memorandum in Support of its Motion to Stay the Court's Odder of September 19, 2000 Pending Appeal and Deft's EOT Motion. | dk 11/21 |
| (114) To Wit Nov 17/00 | BP AMERICA (Formerly BP AMOCO) Filed Notice of Appeal | dk 11'21 |
| (115) Nov 17/00 | TEXACO INC. Filed Notice of Appeal | dk 11/21 |
| (116) To Wit Nov 17/00 | PEMEX, et al Filed Form 17's to Amend the JPO. | dk 11/21 |
| (117) Nov 21/00 | Deft-Intvr SAUDI ARABIAN OIL COMPANY Filed Response to Deft's Motion for EOT. | dk 11/22 |
| (118) Nov 21/00 | Deft-Intvr SAUDI ARABIAN OIL COMPANY Filed Form 17 Amending JPO. | dk 11/22 |
| (119) To Wit Nov 20/00 | API Ad Hoc Free Trade Committee Filed Notice of Appeal | dk 11/22 |
| (120) Nov 27/00 | Slip Op. 00-158;  ORDERED:  Deft's motion (s) for leave to appeal from interlocutory order of remand to the International Trade Administration is DENIED. | st 11/2 |
| (121) To Wit Nov 28/00 | PM/PEMEX/PMI Filed Form 17 Modifying JPO. | dk 12/15 |
| (122) To Wit Dec 4/00 | Texaco, Inc. Filed Motion to Amend the JPO | dk 12/15 |
| (123) Dec 1/00 | CAFC Issued Preliminary Notice of Docketing of Deft's Appeal as No. 01-1091, as of 11/28/00, Corrected 11/29/00 | dk 12/4 |
| (124) Dec 15/00 | CAFC Issued Notice of Docketing of Deft's Appeal for No. 01-1091 as of December 8, 2000, Superseding Peeliminary Notice of Docketing of 11/28/00. | dk 12/15 |
| (125) Dec 20/00 | CAFC Issued Notice of Docketing of Texaco's Appeal as No. 01-1115, as of 12/18/00. | dk 12/2/ |
| (126) Dec 20/00 | CAFC Issued Notice of Docketing of BP Amoco's Appeal as No. 01-1116, as of 12/18/00 | dk 12/2/ |

| | | |
|---|---|---|
| **Docket Number** | **Plaintiff** | |

| Date<br>(Filing/Entry) | Proceedings | Int. |
|---|---|---|
| (127)<br>Dec 20/00 | CAFC Issued Notice of Docketing for Petroleos Mexicanos/ PMI/PEMEX's Appeal as No. 01-1117, as of 12/18/00 dk 12/21 | |
| (128)<br>Dec 20/00 | CAFC Issued Notice of Docketing of Saudi Arabian oil Co.'s Appeal as No. 01-1118, as of 12/18/00        dk 12/21 | |
| (129)<br>Dec 20/00 | CAFC Issued Notice of Docketing of PDVSA and Citgo's Appeal as No. 01-1119, as of 12/18/00              dk 12/21 | |
| (130)<br>Dec 20/00 | CAFC Issued Notice of Docketing of API Ad Hoc Committee's Appeal as No. 01-1120, as of 12/18/00          dk 12/21 | |
| (131)To Wit<br>Dec 11/00 | API Ad Hoc Committee Filed Consent Motion to Amend the Joint Stipulation and Protective Order            dk 12/21 | |
| (132)<br>Dec 13/00 | Mobil Corporation Filed Notice of Substitution of Attorney, Substituting Covington & Burling for Sharretts Paley Carter & Blauvelt as Counsel To Mobil Corp.    dk 12/21 | |
| (133To Wit<br>Dec 4/00 | Chevron Corp. Filed Form 18 for peter L. Sultan.        dk 12/21 | |
| (134)<br>Dec 27/00 | API Ad Hoc Committee's Consent Motion to Amend JPO by Addong Amy Martoche to Same GRANTED.              dk 12/27 | |
| (135)To Wit<br>Dec 21/00 | SHELL Oil FiledForm 18 Removing Theodore W. Kassinger and a New Notice of Appearamce.                   dk 1/2 | |
| (136)<br>Jan 5/01 | Texaco, Inc.'s Motion to Amend JPO by Deleting Dean A. Pinkert from same GRANTED.                       dk 1/5 | |
| (137)To Wit<br>Jan 5/01 | Pltf Filed Consent Motion to Amend the JPO.            dk 1/8 | |
| (138)<br>Jan 12/01 | Pltf's Consent Motion to Amend JPO by Adding Christine Q. Washington,Nicholas A. Kessler, Daniel B. Pickard and Matthew J. Schneider to Same GRANTED.            dk 1/12 | |
| (139)To Wit<br>Jan 19/01 | Deft-Intvr PMI?PEMEX Filed Form 17 Amending JPO....dk 1/23 | |
| (140)<br>Dec 22/00 | Deft-Intvr MOBIL Corporation Filed Notification of Termination of Access to Proprietary Business Information Pursuant to Rule 71(c).                    dk 1/25 | |
| (141)To Wit<br>Feb 7/01 | Deft-Intvr BP America Filed Form 17 Adding Jane E. Welsh to the JPO.                                     dk 2/12 | |
| (142)To Wit<br>Feb 7/01 | Deft-Intvr Petroleos mexicanos, PMI, PEMEX Filed Form 17 to Amend the JPO.                              dk 2/27 | |

DS-2 (7/92 2M)

| 99-09-00558 Docket Number | Save Domestic Oil, Inc. Plaintiff | | |
|---|---|---|---|

| Date (Filing/Entry) | Proceedings | | Int. |
|---|---|---|---|
| (143) Aug 3/01 | Deft Filed Second Motion for EOT for DOC to Respond to Court's Remand Order Until August 10, 2001 | | dk 8/3 |
| (144) Aug 6/01 | Slip Op. 01-94;  ORDERED:  Deft may have until the close of business on Friday, August 10,2001, within which to respond to the outstanding order of the court dated 9-20-00, the deft is also hereby directed to appear before the undersigned in Ct.Room 3 at 11a.m. on that day to show cause, if there be any, why it should not be formally cited and sanctioned for contempt of court, commencing on or about 11-20-00. | | st8/6 |
| (145) Aug 7/01 | Errata issued for Slip Op. 01-94;  "September 20," in the third line of the second full paragraph on page 4 should be September 19. | | st8/7 |
| (146) Aug 8/01 | DOC Filed Administrative Record (Public and Confidential) | | dk 8/8 |
| (147) Aug 9/01 | DOC Filed Supplemental Administrative Record (Public and Confidential) | | dk 8/9 |
| (148) Aug 9/01 | Deft Filed Motion for Reconsideration of the Court's Order to Show Cause | | dk 8/9 |
| (149) Aug 10/01 | DOC Filed Revised Supplemental Administrative Record [Confidential] | | dk 8/10 |
| (150) to wit July 31/01 | Shannon N. Rickard filed Form 18 Termination of access to Proprietary information | | ss 8/15 |
| (151)to wit Aug 10/01 | Form 17 filed on behalf of; Frank J. Schwietzer & Caleb W. Sullivan of White & Case. | | ss 8/15 |
| (152) Aug 17/01 | Deft Filed Response to Inquiries Made by the Court at the Show cause Hearing of August 10, 2001 | | dk 8/17 |
| (153) Aug 17/01 | Deft Filed Response in Opposition to the Court's Motion for Specified Individuals to draw Near and be Heard as to Why They, and Each of Them, Should not be Punished to the Extent Permitted by Law. | | dk 8/17 |
| (154) Aug 17/01 | Transcript Filed of Order to  Show Cause Hearing held on August 10, 2001. | | dk 8/17 |
| (155)To Wit Swp 6/01 | APIAD HOC FREE TRADE COMM. Filed Comments Regarding Remand | | dk 9/10 |
| (156)To Wit Sep 7/01 | Saudi ARAMCO Filed Comments on Remand | | dk 9/10 |
| (157)To Wit Sep 6/01 | Pltf Filed Comments on Remand [Confidential] | | dk 9/10 |

DS-2 (7/92 2M)

| 99-09-00558 | SAVE DOMESTIC OIL, INC. |
|---|---|
| Docket Number | Plaintiff |

| Date (Filing/Entry) | Proceedings | Int. |
|---|---|---|
| (158) To Wit Sep 7/01 | Pltf Filed Comments on Remand [Public] | dk 9/20 |
| (159) To Wit Sep 7/01 | Pltf Filed Revised pages of Confidential Version of Their Comments on remand | dk 9/20 |
| (160) Sep 24/01 | CAFC Issued as a Mandate, as of September 21, 2001, Their Ruling Dismissing Deft's Appeal and that Deft's Motion for a Stay is Moot, Issued on July 31, 2001. | dk 9/25 |
| (161) To Wit Sep 21/01 | Pltf Filed reply to Deft-Intvrs' Comments on DOC's Remand Determination | dk 10/2 |
| (162) To Wit Sep 21/01 | PDVSA/CITGO/PEMEX PMI's Comments in Reply to Pltf's Comments | dk 10/2 |
| (163) To Wit Sep 21/01 | API AD HOC COMMIYYEE's Response to Pltf's Comments on Remand | dk 10/2 |
| (164) To Wit Sep 21/01 | SAUDI ARAMCO'S Reply to Pltf's Comments on DOC Remand | dk 10/2 |
| (165) To Wit SEp 26/01 | Deft's Filed Response in opposition to Pltf's Comments Addressing Remand Determination, With Appendix [Public and Confidential] | dk 10/3 |
| (166) To Wit Oct 9/01 | Notice of Appeal Filed by Robert J. Heilferty of Order of August 10, 2001. | dk 10/17 |
| (167) To Wit Oct 9/01 | Notice of Appeal Filed by Lucius B. lau of Order of August 10, 2001. | dk 10/19 |
| (168 To Wit Jun 27/01 | Pemex/PMI Filed Form 17 Adding Danielle L. Cannata to the JPO and Consent Motion to Amend the JPO by Removing Claire palmer and Guillermo Rivas- Sureda from Same. | dk 10/26 |
| (169) Nov 6/01 | PEMEX/PMI's motion to Amend the JPO GRANTED. Claire Palmer & Gillermo Rivas-Sureda are removed and Danielle L. Cannata is added to the JPO. | ss 11/6 |
| (170) To Wit: Nov 6/01 | Motion to amend the joint stipulation and protective order. | cw |
| (171) Nov 29/01 | ORDERED that CarrieLyn D. Guymon, Jeremy Maltby, and Debra A. Valentine be added to the joint stipulation and protective order.  (#170) | cw |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

DS-2 (7/92 2M)